No. 89–7298.   DAVIS *v.* OREGON.   Ct. App. Ore.   Certiorari denied.

No. 89–7300.   BRITTON *v.* CENTRAL BANK.   Ct. App. La., 2d Cir.   Certiorari denied.

No. 89–7319.   DE NARDO *v.* ALASKA.   Sup. Ct. Alaska.   Certiorari denied.

No. 89–7320.   GIARRATANO ET AL. *v.* MURRAY, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS, ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 89–7328.   McCOURT *v.* CALIFORNIA.   Ct. App. Cal., 3d App. Dist.   Certiorari denied.

No. 89–7336.   CARDINE *v.* PARKE, WARDEN.   C. A. 6th Cir.   Certiorari denied.

No. 89–7345.   ROSSBACH *v.* UNITED STATES.   C. A. 8th Cir.   Certiorari denied.

No. 89–7348.   TELLO *v.* CALIFORNIA.   Ct. App. Cal., 4th App. Dist.   Certiorari denied.

No. 89–7349.   WILLIS *v.* FIRST BANK NATIONAL ASSN.   Ct. App. Ohio, Cuyahoga County.   Certiorari denied.

No. 89–7354.   STIGLER *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.   Reported below: 898 F. 2d 151.

No. 89–7357.   ROGERS *v.* ILLINOIS.   Sup. Ct. Ill.   Certiorari denied.

No. 89–7366.   RUTLEDGE *v.* MARTINEZ, GOVERNOR OF FLORIDA, ET AL.   Sup. Ct. Fla.   Certiorari denied.

No. 89–7383.   MEYER *v.* ZEIGLER COAL CO. ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 89–7405.   STARKS *v.* ILLINOIS.   App. Ct. Ill., 2d Dist.   Certiorari denied.

No. 89–7406.   TURNER *v.* UNITED STATES.   C. A. 3d Cir.   Certiorari denied.